UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ivan Mosi Pickens

              v.                  Case No. 14-cv-28-SM

New Hampshire Department of
Corrections, Commissioner, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 9, 2015, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Pickens's request for leave to withdraw Document No. 31 is granted. The two motions to amend the complaint (document nos. 33 and 35) are granted, in part, to the extent consistent with the

January 9, 2015 Report and Recommendation and are otherwise denied.

    SO ORDERED.

                                                                          _____
                                                  Steven J. McAuliffe
                                                  United States District Judge

Date: February 3, 2015

 cc:  Ivan Mosi Pickens, pro se
      Lynmarie C. Cusack, Esq.
      Nancy J. Smith, Esq.