UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Ivan Mosi Pickens</u>

v.                                                                Case No. 14-cv-28-SM

<u>New Hampshire Department of Corrections,
Commissioner, et al.</u>

## **J U D G M E N T**

In accordance with the following Orders, judgment is hereby entered:

1. Order by U.S. District Judge Steven J. McAuliffe dated October 2, 2014, approving the Report and Recommendation of U.S. Magistrate Judge Andrea K. Johnstone dated September 9, 2014,

2. Order by U.S. District Judge Steven J. McAuliffe dated February 3, 2015, approving the Report and Recommendation of U.S. Magistrate Judge Andrea K. Johnstone dated January 9, 2015, and

3. Order by U.S. District Judge Steven J. McAuliffe dated February 23, 2016, approving the Report and Recommendation of U.S. Magistrate Judge Andrea K. Johnstone dated January 22, 2016.

By the Court,

*/s/ Daniel J. Lynch*
_____
Daniel J. Lynch
Clerk of Court

Date: February 25, 2016

cc:   Ivan Mosi Pickens, pro se
      Lynmarie C. Cusack, Esq.
      Nancy J. Smith, Esq.